**Order filed, January 09, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00854-CR

_____

**ARNULFO GARCIA CANTU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 12CR3324**

## ORDER

The reporter's record in this case was due **December 27, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Amri Davidson**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM